# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:21−mc−00098−TNM

COALITION FOR APP FAIRNESS et al v. APPLE INC.,
Assigned to: Judge Trevor N. McFadden
Case in other court:  USDC for Northern California, 19−cv−3074
Cause: Motion to Quash Subpoenas

Date Filed: 07/08/2021
Date Terminated: 08/06/2021
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Non−Party Petitioner**

**COALITION FOR APP FAIRNESS**          represented by   **Brandon Kressin**
1717 K Street NW
Suite 900
Washington, DC 20006
202−792−3037
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
JONES DAY − WASHINGTON
Government Regulation
51 Louisiana Ave., NW
Washington, DC 20001
201−879−3667
Email: skenny@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non−Party Petitioner**

**FORBES TATE PARTNERS LLC**          represented by   **David S. Torborg**
JONES DAY
4000 Fort Worth Avenue
Alexandria, VA 22304
703−823−3221
Fax: 202−626−1700
Email: dstorborg@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non−Party Petitioner**

**MEGHAN DIMUZIO**          represented by   **David S. Torborg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  | **Stephen J. Kenny**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **APPLE INC.** | represented by | **John Calandra**<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017<br>212−547−5489<br>Email: jcalandra@mwe.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Paul Michael Thompson**<br>MCDERMOTT WILL & EMERY LLP<br>500 N Capitol St NW<br>500 N. Capitol Street, N.W.<br>Washington, DC 20001<br>202−756−8032<br>Email: pthompson@mwe.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Michael Robert Huttenlocher , Jr**<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>212−547−5400<br>Fax: 212−547−5444<br>Email: mhuttenlocher@mwe.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Nicole Castle**<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>212−547−5480<br>Email: ncastle@mwe.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2021 | Ï 1 | MOTION TO QUASH filed by COALITION FOR APP FAIRNESS, FORBES TATE PARTNERS LLC, MEGHAN DIMUZIO. (Attachments: # 1 Statement of Facts, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(ztd) (Entered: 07/19/2021) |

| | | |
|---|---|---|
| 07/08/2021 | Ï 2 | NOTICE OF RELATED CASE by COALITION FOR APP FAIRNESS, MEGHAN DIMUZIO, FORBES TATE PARTNERS LLC. Case related to Case No. 19−CV−3074 U.S. District Court for the Northern District of California. (ztd) (Entered: 07/19/2021) |
| 07/14/2021 | Ï | Filing fee received: $ 49.00, receipt number: 200203. (ztd) (Entered: 07/19/2021) |
| 07/20/2021 | Ï 3 | Case randomly reassigned to Judge Christopher R. Cooper. Judge John D. Bates is no longer assigned to the case. (ztnr) (Entered: 07/20/2021) |
| 07/20/2021 | Ï 4 | Case randomly reassigned to Judge Trevor N. McFadden. Judge Christopher R. Cooper is no longer assigned to the case. (rj) (Entered: 07/20/2021) |
| 07/20/2021 | Ï 5 | Cross MOTION to Transfer Case *or in the alternative*, Cross MOTION to Compel *and*, Cross MOTION to Expedite *Proceedings* by APPLE INC.. (Attachments: # 1 Proposed Order to Transfer or Compel, # 2 Proposed Order to Expedite, # 3 Points & Authorities in Support of Opposition and Cross Motion, # 4 Declaration Huttenlocher Declaration, # 5 Exhibit Exhibits 1 through 12)(Thompson, Paul) (Entered: 07/20/2021) |
| 07/20/2021 | Ï 6 | Memorandum in opposition to re 1 MOTION TO QUASH filed by APPLE INC.. (Attachments: # 1 Declaration Huttenlocher Declaration, # 2 Exhibit Exhibits 1 through 12, # 3 Proposed Order to Transfer or Compel, # 4 Proposed Order to Expedite)(Thompson, Paul) (Entered: 07/20/2021) |
| 07/20/2021 | Ï | MINUTE ORDER. Apple, Inc.'s 5 Cross−Motion to Expedite Proceedings is GRANTED. Opposing Points and Authorities to Apple's 5 Cross−Motion to Transfer, or in the Alternative Compel, is due on or before July 28, 2021. Reply Memorandum is due on or before August 2, 2021. SO ORDERED. Signed by Trevor N. McFadden on 7/20/2021. (lctnm3) (Entered: 07/20/2021) |
| 07/21/2021 | Ï 7 | NOTICE of Appearance by Stephen J. Kenny on behalf of MEGHAN DIMUZIO, FORBES TATE PARTNERS LLC (Kenny, Stephen) (Main Document 7 replaced on 7/23/2021) (zeg). (Entered: 07/21/2021) |
| 07/21/2021 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− John Calandra, Filing fee $ 100, receipt number ADCDC−8613976. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of John Calandra, # 2 NYS Certificate of Good Standing, # 3 Text of Proposed Order)(Thompson, Paul) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 9 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Nicole Castle, Filing fee $ 100, receipt number ADCDC−8614000. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Nicole Castle, # 2 NYS Certificate of Good Standing, # 3 Text of Proposed Order)(Thompson, Paul) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 10 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Michael R. Huttenlocher, Filing fee $ 100, receipt number ADCDC−8614061. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Michael R. Huttenlocher, # 2 NYS Certificate of Good Standing, # 3 Text of Proposed Order)(Thompson, Paul) (Entered: 07/21/2021) |
| 07/21/2021 | Ï | MINUTE ORDER granting 8 Motion for Leave to Appear Pro Hac Vice. Attorney John Calandra is hereby admitted to appear *pro hac vice* in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Trevor N. McFadden on 7/21/2021. (lctnm3) (Entered: 07/21/2021) |
| 07/21/2021 | Ï | MINUTE ORDER granting 9 Motion for Leave to Appear Pro Hac Vice. Attorney Nicole Castle is hereby admitted to appear *pro hac vice* in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Trevor N. McFadden on 7/21/2021. (lctnm3) (Entered: 07/21/2021) |
| 07/21/2021 | Ï | MINUTE ORDER granting 10 Motion for Leave to Appear Pro Hac Vice. Attorney Michael R. Huttenlocher is hereby admitted to appear *pro hac vice* in this matter. **Counsel should register for** |

| | | |
|---|---|---|
| | | e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). **Click for instructions**. Signed by Judge Trevor N. McFadden on 7/21/2021. (lctnm3) (Entered: 07/21/2021) |
| 07/22/2021 | Ï | Set/Reset Deadlines: Opposing points and authorities due by 7/28/2021; Reply due by 8/2/2021. (hmc) (Entered: 07/22/2021) |
| 07/28/2021 | ¡ 11 | Memorandum in opposition to re 5 Cross MOTION to Transfer Case *or in the alternative* Cross MOTION to Compel *and* Cross MOTION to Expedite *Proceedings* filed by COALITION FOR APP FAIRNESS, MEGHAN DIMUZIO, FORBES TATE PARTNERS LLC. (Kenny, Stephen) (Entered: 07/28/2021) |
| 07/28/2021 | ¡ 12 | REPLY to opposition to motion re 1 MOTION TO QUASH filed by COALITION FOR APP FAIRNESS, MEGHAN DIMUZIO, FORBES TATE PARTNERS LLC. (Kenny, Stephen) (Entered: 07/28/2021) |
| 07/30/2021 | ¡ 13 | NOTICE of Appearance by John Calandra on behalf of APPLE INC. (Calandra, John) (Entered: 07/30/2021) |
| 07/30/2021 | ¡ 14 | NOTICE of Appearance by Nicole Castle on behalf of APPLE INC. (Castle, Nicole) (Entered: 07/30/2021) |
| 07/30/2021 | ¡ 15 | NOTICE of Appearance by Michael Robert Huttenlocher, Jr on behalf of APPLE INC. (Huttenlocher, Michael) (Entered: 07/30/2021) |
| 08/02/2021 | ¡ 16 | REPLY to opposition to motion re 5 Cross MOTION to Transfer Case *or in the alternative* Cross MOTION to Compel *and* Cross MOTION to Expedite *Proceedings* filed by APPLE INC.. (Attachments: # 1 Declaration Huttenlocher Supplemental Declaration, # 2 Exhibit 13, # 3 Exhibit 14 REDACTED, # 4 Exhibit 15 REDACTED, # 5 Exhibit 16 REDACTED, # 6 Exhibit 17 REDACTED, # 7 Exhibit 18)(Thompson, Paul) (Entered: 08/02/2021) |
| 08/02/2021 | ¡ 17 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by APPLE INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support Reply Brief SEALED, # 2 Exhibit 14 SEALED, # 3 Exhibit 15 SEALED, # 4 Exhibit 16 SEALED, # 5 Exhibit 17 SEALED, # 6 Proposed Order in Support of Motion to Seal)(Thompson, Paul) (Entered: 08/02/2021) |
| 08/03/2021 | Ï | MINUTE ORDER denying without prejudice Apple, Inc.'s 17 Sealed Motion for Leave to File Document Under Seal. Apple is instructed to file a motion that complies with LCvR 7(m), which requires the moving party to discuss any anticipated nondispositive motion in a civil action with opposing counsel and to "include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." SO ORDERED. Signed by Judge Trevor N. McFadden on 8/3/2021. (lctnm3) (Entered: 08/03/2021) |
| 08/03/2021 | ¡ 18 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by APPLE INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support Reply SEALED, # 2 Exhibit 14 SEALED, # 3 Exhibit 15 SEALED, # 4 Exhibit 16 SEALED, # 5 Exhibit 17 SEALED, # 6 Proposed Order)(Thompson, Paul) (Entered: 08/03/2021) |
| 08/03/2021 | Ï | MINUTE ORDER granting Apple, Inc.'s 18 Sealed Motion for Leave to File Document Under Seal. The Clerk of Court is directed to docket under seal ECF No. 18–1, with ECF Nos. 18–2 through 18–5 as attachments. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/3/2021. (lctnm3) (Entered: 08/03/2021) |
| 08/03/2021 | ¡ 19 | RESPONSE TO ORDER OF THE COURT re Order on Sealed Motion for Leave to File Document Under Seal, *REDACTED Reply in Further Support of Cross Motions to Transfer, or in the Alternative Compel* filed by APPLE INC.. (Thompson, Paul) (Entered: 08/03/2021) |

| | | |
|---|---|---|
| 08/03/2021 | 20 | NOTICE OF SUPPLEMENTAL AUTHORITY by APPLE INC. (Attachments: # 1 Exhibit Minute Entry)(Thompson, Paul) (Entered: 08/03/2021) |
| 08/04/2021 | 21 | SEALED REPLY to opposition to motion filed by APPLE INC.. re 5 Cross MOTION to Transfer Case *or in the alternative*Cross MOTION to Compel *and*Cross MOTION to Expedite *Proceedings* filed by APPLE INC.. (This document is SEALED and only available to authorized persons.) (Attachment: # 1 Exhibits)(zeg) (Entered: 08/04/2021) |
| 08/04/2021 | 22 | NOTICE OF SUPPLEMENTAL AUTHORITY by APPLE INC. (Attachments: # 1 Exhibit A – Order Granting Apple's Motion to Transfer in N.D. Texas)(Thompson, Paul) (Entered: 08/04/2021) |
| 08/05/2021 | 23 | ORDER granting Apple Inc's 5 Cross−Motion to Transfer, or in the Alternative Compel, as to Apple's request to transfer. It is hereby ORDERED that the Clerk of Court shall transfer this matter to the United States District Court for the Northern District of California. It is also ORDERED that the Clerk of Court shall close this matter. See attached Order for details. Signed by Judge Trevor N. McFadden on 8/5/2021. (lctnm3) (Entered: 08/05/2021) |
| 08/06/2021 | | Set/Reset Deadlines: Transfer due by 8/15/2021. (hmc) (Entered: 08/06/2021) |