UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR APP FAIRNESS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>APPLE INC,<br><br>        Defendant. | Case No. 21-mc-80194-YGR   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 1 |

The Court orders the parties to review the August 19, 2021 discovery order in *Apple, Inc. v. Match Group, Inc.*, 21-mc-80184, ECF No. 36, and to meet and confer. Within 14 days, the parties shall file a status report concerning Movants' pending motion to quash.

**IT IS SO ORDERED.**

Dated: August 23, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge