| | |
|---|---|
| David S. Torborg (D.C. Bar No. 475598) <br> dstorborg@jonesday.com <br> Stephen J. Kenny (D.C. Bar No. 1027711) <br> skenny@jonesday.com <br> JONES DAY <br> 51 Louisiana Ave., NW <br> Washington, DC 20001 <br> Telephone: (202) 879-3939 <br> Facsimile: (202) 626-1700 <br><br> *Attorneys for Petitioners Forbes Tate Partners LLC and Meghan DiMuzio* <br><br> Brandon Kressin (D.C. Bar No. 1002008) <br> brandon@kanterlawgroup.com <br> KANTER LAW GROUP <br> 1717 K Street, NW <br> Suite 900 <br> Washington, DC 20006 <br> Telephone: (202) 792-3037 <br><br> *Attorney for Petitioner Coalition for App Fairness* | John Calandra (*pro hac vice*) <br> jcalandra@mwe.com <br> Nicole Castle (*pro hac vice*) <br> ncastle@mwe.com <br> Michael R. Huttenlocher (*pro hac vice*) <br> mhuttenlocher@mwe.com <br> MCDERMOTT WILL & EMERY LLP <br> One Vanderbilt Avenue <br> New York, NY 10017 <br> Telephone: (212) 547-5400 <br> Facsimile: (212) 547-5444 <br><br> Paul Michael Thompson (D.C. Bar No. 6943760) <br> pthompson@mwe.com <br> MCDERMOTT WILL & EMERY LLP <br> 500 N. Capitol Street, NW <br> Washington, DC 20001 <br> Telephone: (202) 756-8000 <br> Facsimile: (202) 756-8087 <br><br> *Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Coalition for App Fairness *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> Apple Inc., <br><br> Defendant. | Case No. 4:21-mc-80194-YGR (TSH) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF PETITIONERS' MOTION TO QUASH AND APPLE INC.'S MOTION TO COMPEL** |

Pursuant to Civil Local Rule 7-12, Petitioners Coalition for App Fairness, Forbes Tate Partners LLC, and Meghan DiMuzio ("Petitioners") and Defendant Apple Inc. ("Apple"), by and through their respective counsel, hereby agree as follows:

WHEREAS, in light of the Settlement Agreement and related motion for preliminary approval filed in *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR (TSH), Apple has elected to

1  withdraw the subpoenas it served on Petitioners and withdraw the motion to compel pending in this
2  action;
3     WHEREAS, Petitioners therefore agree to withdraw the motion to quash pending in this
4  action as moot;
5     WHEREAS, Apple reserves all rights to pursue additional documents in the future without
6  reservation;
7     WHEREAS, Petitioners similarly reserve all rights to object to such pursuit, including, but
8  not limited to, on grounds of relevance, privilege, and timeliness;
9     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Apple
10 withdraws the subpoenas it served on Petitioners and withdraws the motion to compel pending in
11 this action and that Petitioners withdraw the motion to quash pending in this action.  The clerk shall
12 enter an order of dismissal in due course.

**SO STIPULATED:**

DATED:  September 7, 2021.

JONES DAY

*/s/ David S. Torborg*
David S. Torborg
Stephen J. Kenny

*Attorneys for Petitioners Forbes Tate Partners LLC and Meghan DiMuzio*

DATED:  September 7, 2021.

KANTER LAW GROUP

*/s/ Brandon Kressin*
Brandon Kressin

*Attorney for Petitioner Coalition for App Fairness*

DATED: September 7, 2021.

MCDERMOTT WILL AND EMERY LLP

*/s/ Nicole L. Castle*
Nicole Castle
John Calandra
Michael R. Huttenlocher
Paul Michael Thompson

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2021.

_____