David S. Torborg (D.C. Bar No. 475598)
dstorborg@jonesday.com
Stephen J. Kenny (D.C. Bar No. 1027711)
skenny@jonesday.com
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Attorneys for Petitioners Forbes Tate Partners LLC and Meghan DiMuzio*

Brandon Kressin (D.C. Bar No. 1002008)
brandon@kanterlawgroup.com
KANTER LAW GROUP
1717 K Street, NW
Suite 900
Washington, DC 20006
Telephone: (202) 792-3037

*Attorney for Petitioner Coalition for App Fairness*

John Calandra (*pro hac vice*)
jcalandra@mwe.com
Nicole Castle (*pro hac vice*)
ncastle@mwe.com
Michael R. Huttenlocher (*pro hac vice*)
mhuttenlocher@mwe.com
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

Paul Michael Thompson (D.C. Bar No. 6943760)
pthompson@mwe.com
MCDERMOTT WILL & EMERY LLP
500 N. Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

*Attorneys for Defendant Apple Inc.*

**FILED**

Sep 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Coalition for App Fairness *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>Apple Inc.,<br><br>Defendant. | Case No. 4:21-mc-80194-YGR (TSH)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF PETITIONERS' MOTION TO QUASH AND APPLE INC.'S MOTION TO COMPEL** |

Pursuant to Civil Local Rule 7-12, Petitioners Coalition for App Fairness, Forbes Tate Partners LLC, and Meghan DiMuzio ("Petitioners") and Defendant Apple Inc. ("Apple"), by and through their respective counsel, hereby agree as follows:

WHEREAS, in light of the Settlement Agreement and related motion for preliminary approval filed in *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR (TSH), Apple has elected to

withdraw the subpoenas it served on Petitioners and withdraw the motion to compel pending in this action;

WHEREAS, Petitioners therefore agree to withdraw the motion to quash pending in this action as moot;

WHEREAS, Apple reserves all rights to pursue additional documents in the future without reservation;

WHEREAS, Petitioners similarly reserve all rights to object to such pursuit, including, but not limited to, on grounds of relevance, privilege, and timeliness;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Apple withdraws the subpoenas it served on Petitioners and withdraws the motion to compel pending in this action and that Petitioners withdraw the motion to quash pending in this action. The clerk shall enter an order of dismissal in due course.

**SO STIPULATED:**

DATED: September 7, 2021.

JONES DAY

*/s/ David S. Torborg*
David S. Torborg
Stephen J. Kenny

*Attorneys for Petitioners Forbes Tate Partners LLC and Meghan DiMuzio*

DATED: September 7, 2021.

KANTER LAW GROUP

*/s/ Brandon Kressin*
Brandon Kressin

*Attorney for Petitioner Coalition for App Fairness*

DATED: September 7, 2021.

MCDERMOTT WILL AND EMERY LLP

*/s/ Nicole L. Castle*
Nicole Castle
John Calandra
Michael R. Huttenlocher
Paul Michael Thompson

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: September 7, 2021.

THE HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE